454

395 A.2d 995

Price, Appellant, v. Cha.

Argued September 13, 1978. M. Yanoff, with him Norman Ashton Klinger, for appellant; Gilbert Askley, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Ordered affirmed.

395 A.2d 995

Rickey et al. v. Old Orchard Development Corporation (et al., Appellant).

Argued September 13, 1978. Jackson M. Sigmon, for appellant; Edward C. McCardle, for appellees, Rickey; No appearance entered nor brief submitted for appellee, Old Orchard Development Corporation.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.